# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,                          Case No. 24-cr-275 (DWF/TNL)

               Plaintiff,

v.                                                                    **ORDER**

Maurice Darshae Walker,

               Defendant.

     This matter comes before the Court on the Defendant Maurice Darshae Walker's Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 20.

     Defendant requests that the motions filing date and the motion hearing date be continued by 21 days. ECF No. 20 at 1–2. Defendant states that he needs additional time to review discovery and meet with his attorney. *Id.* at 1. The Government has no objection to the requested extension. *Id.* at 2. Defendant also seeks an exclusion under the Speedy Trial Act. *Id.* at 2.

     Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

     Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.     Defendant's Motion for Continuance of Motion Filing Date and Motion Hearing, ECF No. 20, is **GRANTED**.

2.     The period of time from **the date of this Order through November 27, 2024,** shall be excluded from Speedy Trial Act computations in this case.

3.     All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **November 27, 2024**. D. Minn. LR 12.1(c)(1).   Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.

4.     **Counsel must electronically file a letter on or before November 27, 2024 if no motions will be filed and there is no need for hearing.**

5.     All responses to motions must be filed by **December 11, 2024**.   *See* D. Minn. LR 12.1(c)(2).

6.     Any Notice of Intent to Call Witnesses must be filed by **December 11, 2024**. *See* D. Minn. LR. 12.1(c)(3)(A).

7.     Any Responsive Notice of Intent to Call Witnesses must be filed by **December 16, 2024**. *See* D. Minn. LR 12.1(c)(3)(B).

8.     A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

     a.     The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

     b.     Oral argument is requested by either party in its motion, objection or response pleadings.

9.      If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **January 7, 2024, at 1:30 p.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.  *See* D. Minn. LR 12.1(d).

10.      **TRIAL:**

a.      **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT: the following trial and trial-related dates are:**

Voir Dire and Jury Instructions shall be filed with District Judge Donovan W. Frank's chambers on or before *a date to be determined*.

This case must commence trial on *a date to be determined* before District Donovan W. Frank in **Courtroom 7C**, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

b.      **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Frank to confirm the new trial date.**

Date: November 7, 2024                         */s/ Tony N. Leung*
                                               Tony N. Leung
                                               United States Magistrate Judge
                                               District of Minnesota


                                               *United States v. Walker*
                                               Case No. 24-cr-275 (DWF/TNL)

3